**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE ANN FERNANDEZ, | ) NO. ED CV 12-2044 SJO (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA DEP'T OF CORR. & REHAB., <u>et al.</u>, | ) |
| Respondents. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 4, 2012.

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE